FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,<br><br>    Plaintiff,<br><br>    v.<br><br>MR. MAGOO COFFEE, LLC, a Washington limited liability company; RANDALL GILLINGHAM, an individual; JOHN GILLINGHAM, an individual; ALENA STEPHENSON, an individual; and BRIGHT ONE INVESTMENTS, LLC,<br><br>    Defendants. | No. 2:21-CV-00087-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), ECF No. 6. Plaintiff states that it is voluntarily dismissing the action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of dismissal and dismisses this case.

//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 9th day of March 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** # 2